

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8426

January 26, 2018

**Via ECF**

The Honorable Kenneth M. Karas  
United States District Judge  
Southern District of New York  
300 Quarropas Street, Chambers 533  
White Plains, New York 10601-4150

    Re:   **John Doe No. 1 et al. v. Putnam County et al.,**  
             **No. 16-cv-8191-KMK (S.D.N.Y.)**

Your Honor:

    I am an Assistant Attorney General in the Office of Eric T. Schneiderman, Attorney General of the State of New York. In accordance with Rule II.A of the Your Honor's Individual Rules of Practice, I write to request a nine-day extension of time -- from the current due date of February 5, 2018 until February 14, 2018 -- for this Office to submit its moving papers in support of its motion to dismiss the complaint in this action, along with corresponding nine-day extensions of time for responsive papers (until March 14, 2018) and for this Office's reply (until April 4, 2018). The parties consent to this request.

    I am leaving the Attorney General's Office next month for new employment, and this adjustment of the schedule is necessary for departure planning purposes, *i.e.*, so that I can complete this motion and the many other tasks that I need to before my departure and the matter can be transitioned to another Assistant Attorney General in the Office. This is the first request for an extension of the briefing schedule on this motion. Granting this request would not affect any other scheduled dates in this action.

    Thank you for your time and consideration of this request.

                                            Respectfully submitted,

                                            */s/ William J. Taylor, Jr.*

                                            William J. Taylor, Jr.  
                                            Assistant Attorney General

cc:    All Counsel of Record

120 Broadway, New York, New York 10271-0332 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)  
www.ag.ny.gov