STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

April 7, 2019

Hon. Kenneth M. Karas
United States District Judge
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *John Doe #1, et al. v. Putnam County,* 16-CV-8191

Dear Judge Karas:

    I represent the Intervenor, New York State Attorney General, in this matter. In the interest of complete disclosure, I write to provide the Court with a status update in light of changed circumstance. In my letter of April 17, 2019, I sought an adjournment of discovery deadlines in light of an unexpected trial scheduled to begin today. Dkt. No. XXX. I appreciate the Court's courtesy in understanding my scheduling issue and granting my request.

    I was notified last week that the presiding District Court Judge for the trial suffered an accident requiring emergency surgery and, as a result, the trial date was postponed. The new trial date will not impact any of the current discovery deadlines in this matter.

    I let Magistrate Judge Smith know of this change during our scheduled call last week, but wanted to apprise Your Honor of this change, as well.

    Thank you for your attention to this matter.

                                             Respectfully submitted,
                                             S/ C. Harris Dague
                                             C. Harris Dague
                                             Assistant Attorney General

cc:    Davis Cooper, Esq. (via CM/ECF)
       Michael Randazzo, Esq. (via CM/ECF)