EXHIBIT 2

REDACTED

Page 1

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    ----------------------------------------x

5    JOHN DOE NO. 1; JOHN DOE NO. 2;
     and NEW YORK STATE RIFLE AND

6    PISTOL ASSOCIATION, INC.,

7                       Plaintiffs,

8                           16-CV-8191

9                       - against -

10   PUTNAM COUNTY; and MICHAEL C.
     BARTOLOOTI, in his official

11   capacity as County Clerk for
     Putnam County,

12                       DEFENDANT,

13   STATE OF NEW YORK ATTORNEY GENERAL,

14                       Intervenor.

15   ----------------------------------------x

16                       9:45 a.m.
                         June 4, 2019

17

                         245 Main Street

18                       White Plains, New York

19             * CONFIDENTIAL INFORMATION *

20           DEPOSITION of ███████████████, a

21   Plaintiff in the above entitled matter, pursuant

22   to Notice, before Stephen J. Moore, a Registered

23   Professional Reporter, Certified Realtime Reporter

24   and Notary Public of the State of New York.

25

1              CONFIDENTIAL INFORMATION

2   A P P E A R A N C E S:

3

4          COOPER & KIRK

5                  Attorneys for Plaintiffs

6                  1523 New Hampshire Avenue, N.W.

7                  Washington, D.C.  20036

8

9          BY:    DAVIS COOPER, ESQ.

10                 - and -

11                 CHARLES J. COOPER, ESQ.

12

13         OFFICE OF THE NEW YORK STATE ATTORNEY

14         GENERAL

15                 Attorneys for Intervenor

16                 The Capitol

17                 Albany, New York  4th Floor

18                 Litigation building

19                 Albany, New York  12224

20

21         BY:    C. HARRIS DAGUE, ESQ.

22                 harris.dague@ag.ny.gov

23

24

25

Page 3

1                    CONFIDENTIAL INFORMATION

2     EXAMINATION BY                              PAGE

3     MR. DAGUE                                   5  25

4

5                    E X H I B I T S

6

7     Exhibit 1   ██████████'s curriculum vitae or    16  14

8                 resume

9

10    Exhibit 2   Declaration of John Doe number      69  11

11                2

12

13    Exhibit 3   Document relating to gun carry       85   7

14                permit types

15

16    Exhibit 4   Final divorce decree dated           94   7

17                ████████████████████

18

19    Exhibit 5   Ex parte temporary order of          94   7

20                protection

21

22    Exhibit 6   New York State Firearms License     106  22

23                Request For Public Records

24                Exemption

25

Page 4

1                     CONFIDENTIAL INFORMATION

2      Exhibit 7  City of New York Fire              113   17

3                 Department record of

4                 proceedings

5

6      Exhibit 8  Notice to Take Deposition          124   19

7

8      Exhibit 9  E-mail to ████████ by ███████      134    8

9                 █████████

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1           CONFIDENTIAL INFORMATION

2    ███████████████    ████████    ████████████████,

3           called as a witness, having been duly

4           sworn by the Notary Public, was examined

5           and testified as follows:

6

7               MR. D. COOPER:  Before we begin,

8           can we just put on the record this

9           testimony is going to be designated as

10          confidential information under the

11          protective order in this case.

12              I think we all need to agree to

13          that.

14              MR. DAGUE:  Yes, we agree.  The

15          testimony of the deposition transcript

16          will be maintained pursuant to the

17          protective order, signed and so ordered

18          in this matter.

19              We would agree to normal federal

20          stips, including read and sign by the

21          witness following the testimony.

22              MR. D. COOPER:  Agreed.

23

24

25

Page 10

```
 1              CONFIDENTIAL INFORMATION
 2    record that we all understand when it's all
 3    done, okay?
 4            A       Understood, yes.
 5            Q       Could you state your full name
 6    for the record?
 7                    If you already did, I apologize
 8    for asking you to do it again.
 9            A       ███████████████████.
10            Q       And ██████████, where do you
11    currently reside?
12            A       In Putnam County, New York.  The
13    address you need?
14            Q       Yeah, might as well put it on
15    the record, if you don't mind.
16            A       ██████████████████████████
17    ██████
18            Q       ██████████ is in Putnam County,
19    yes?
20            A       That's correct, yes.
21            Q       How long have you resided at the
22    ██████ address?
23            A       Since 2012, so what is that,
24    seven years.
25            Q       What is your current age?
```

```
                                             Page 14
 1                  CONFIDENTIAL INFORMATION
 2          A       Yes.
 3          Q       What high school did you go to?
 4          A       ███████████████████████, Staten
 5    Island, New York.
 6          Q       What year did you graduate high
 7    school?
 8          A       ███████.
 9          Q       Are you currently married?
10          A       Yes.
11          Q       What's your spouse's name?
12          A       █████████████████████████████,
13    last name ████████████████████████.
14          Q       How long have you been married
15    to ████████████?
16          A       2011.  So what is that, eight
17    years.
18          Q       Do you have any children with
19    ███████████████?
20          A       Yes.
21          Q       How many children do you have?
22          A       Two children.
23          Q       What are their ages?
24          A       Five and seven.
25          Q       They live in the home with you
```

```
                                                    Page 15

 1                  CONFIDENTIAL INFORMATION
 2    currently?
 3            A       Yes.
 4            Q       Does ███████████  live in the
 5    home with you as well?
 6            A       Yes.
 7            Q       Were you previously married?
 8            A       Yes.
 9            Q       How many times?
10            A       One time previously.
11            Q       What was your ex-wife's name?
12            A       ██████████████████, maiden
13    name ███████████████████, but then
14    ███████, she took my name at the time.
15            Q       Do you have any children with
16    ███████████ from the first marriage?
17            A       Yes.
18            Q       How many?
19            A       Two.
20            Q       What are their ages?
21            A       28 and 30.
22            Q       Do they live at home with you
23    currently?
24            A       No.
25            Q       I am going to show you what I'm
```

```
 1              CONFIDENTIAL INFORMATION
 2                   So, that's when I transitioned,
 3      and you leave the Fire Department, you are on
 4      military leave and, I worked for the Coast
 5      Guard full-time at that point.
 6           Q       For approximately a three year
 7      period?
 8           A       It was two and a half, yes.
 9           Q       What was the highest rank you
10      obtained with the Coast Guard?
11           A       Chief Petty Officer, that's
12      enlisted, and that's number 7 in the grade.
13           Q       Can you explain that, what that
14      means, Chief Petty Officer that's enlisted in
15      number 7 grade?
16           A       Military ranks, you have
17      enlisted folks and then you have officers, they
18      are separate career paths.
19                   Enlisted you start off E1, the
20      numbers go up, E1 through E9, there is a name
21      associated with each rank, but E7 is a Chief
22      Petty Officer, E8 would be the Senior Chief
23      Petty Officer, E9 would be Master Chief Petty
24      Officer.
25           Q       Had you obtained that rank when
```

```
                                            Page 45

 1               CONFIDENTIAL INFORMATION
 2     employed by the New York Police Department?
 3          A       Yes.
 4          Q       Do you recall approximately the
 5     years of that employment?
 6          A       ███████     '83 to ███████████    '88.
 7          Q       Did you take a test to become
 8     employed by the police department?
 9          A       Yes.  Same type of civil service
10     exam.
11          Q       Did you take the Fire Department
12     test at the same time as the police department
13     test, or did you have a choice as to which, or
14     were you --
15          A       I took the Police Department
16     test prior to the Fire Department exam.
17          Q       You ultimately left the NYPD for
18     the Fire Department, why was that?
19          A       It's a better job in my opinion,
20     it's one that I have always aspired to.  It's a
21     family thing, ██████████  is a retired Battalion
22     Chief.  At the time when I started in the
23     Police Department he was in the Fire
24     Department.
25                   I knew a lot about that job and
```

```
                                        Page 71

 1                CONFIDENTIAL INFORMATION

 2                Do you see that?

 3        A       Yes, I do.

 4        Q       When did you first desire to own

 5   a hand gun?

 6        A       Pretty much after moving

 7   upstate, into Putnam County.

 8        Q       Is there a reason why you

 9   desired to own a hand gun after moving upstate,

10   into Putnam County?

11        A       Yes.

12        Q       What is that reason, if you

13   recall?

14        A       Well, I live in a very rural,

15   wooded area, remote.  Police response times are

16   quite a period of time.

17                If you needed help -- and there

18   is a lot of wildlife in the area, I have a

19   three acre yard surrounded by fields and woods

20   and mountains and State Forest, and there are a

21   lot of animals that come on the property at any

22   given time.

23                Due to its remoteness and

24   response time from local police departments,

25   you know, it would be in my best interest that
```

Page 72

                    CONFIDENTIAL INFORMATION

1

2      I feel to be able to own and possess a hand gun

3      to protect my family and my home, if needed.

4           Q       And is there a reason why you

5      have an interest in owning a hand gun as

6      opposed to a long gun, a rifle or a shotgun?

7           A       Just easier to lock up in your

8      house and secure, keep away from the kids and

9      stuff of that nature, and then quicker access

10     if needed.

11          Q       When you became interested in

12     owning a hand gun as you reference in paragraph

13     6 of Defendant's Exhibit 2, did you take any

14     steps to investigate how to become -- how to

15     own a hand gun in New York State?

16          A       Well, yes, they have the online

17     application available through the internet.

18          Q       Did you look into that?

19          A       Yes.

20          Q       Can you just describe to me what

21     you did to investigate that or look into that?

22          A       Read it, downloaded it, and

23     reviewed it.

24                  One of my particular concerns is

25     around the time that I moved up to Garrison in

```
 1              CONFIDENTIAL INFORMATION
 2   Putnam County there was a big article in
 3   newspapers going on how other counties,
 4   Westchester in particular, you know, through
 5   FOIA requests, released information and
 6   publicized names of people and their addresses
 7   and names and stuff for public viewing, more
 8   like even and interactive website if you
 9   wanted.
10              And I just felt that in weighing
11   my options from applying to receive a hand gun
12   permit and then having that public disclosure,
13   kind of torn because of the scrutiny that I
14   believe I would have had living in the town
15   that I live in.
16        Q       Do you recall where you saw
17   that?  Was it a news article that you saw?
18        A       So, it was both in the Putnam
19   County News Recorder, which is our local
20   newspaper, and I believe it was all over
21   Channel 12, Westchester news, as well, which is
22   our local cable channel.
23        Q       When approximately was that?
24                Year is fine, if you can recall.
25        A       Well, I moved up there in
```

Page 74

1                    CONFIDENTIAL INFORMATION

2         ███████████████████ 2012, so it was shortly

3    thereafter.

4            Q      Prior to moving up to Putnam

5    County in approximately ████████ 2012, did you

6    ever prior to that have an interest in

7    obtaining a hand gun?

8            A      No.

9            Q      So, is it fair to say that the

10   interest began only after you moved to upstate

11   New York?

12           A      Correct.

13                  MR. DAGUE:  Off the record.

14                  (Discussion off the record.)

15                  MR. DAGUE:  Back on the record.

16           Q      So, at no time prior to

17   approximately ██████ 2012 had you looked into

18   obtaining a hand gun license?

19           A      No.  Not living in New York

20   City, where the Police Department has very

21   quick response time and things of that nature.

22   A different kind of setting.

23           Q      Now, you testified, and correct

24   me if I'm wrong, that you were torn between

25   your interest in obtaining, owning a hand gun,

```
 1                   CONFIDENTIAL INFORMATION
 2      and the information you saw in the newspaper
 3      and on the news about public disclosure.
 4                     Is that a fair characterization
 5      of what you said?
 6           A     Yes.
 7           Q     And could you describe for me
 8      why you were torn, what your feelings are with
 9      respect to that?
10           A     Well, I want to have my Second
11      Amendment rights and be able to own a handgun
12      and have it in my house to protect.
13                     But yet the public disclosure,
14      and having names and addresses up on a website
15      and given out for people to look at, is sort of
16      an invasion of my privacy.
17                     And the fact that there are
18      people in town that don't look kindly to gun
19      owners.
20                     Getting, being new in the
21      neighborhood and meeting people and discussing
22      things with them, you know, it's not a gun
23      loving community, and it would affect some of
24      our circles of friends, the way I feel.
25                     The children in play dates -- as
```

1                    CONFIDENTIAL INFORMATION

2    a matter of fact, recently there is an

3    ordinance, that was in ████████ , which is

4    the town governing where I live, passed an

5    ordinance that says if you are a gun owner, you

6    have to keep everything locked if it's not in

7    your possession, and things of that nature.

8                    That spread a lot of

9    conversations around town and in school about

10   gee, if I knew that person was a gun owner, I

11   wouldn't even let my kids go to their house on

12   a play date.

13                   MR. C. COOPER:  Were you finished

14        with your answer?

15                   THE WITNESS:  Yeah.

16        Q       I did exactly what I had asked

17   you not to do and I cut you off, so my

18   apologies.

19                   Are you done, do you have

20   anything further to add to that?

21        A       No.

22        Q       If you do, just let me know.

23                   You mentioned an ordinance, a

24   town ordinance with respect to play dates?

25        A       No, no, town ordinance has

```
 1              CONFIDENTIAL INFORMATION
 2    your attention to the last sentence of that,
 3    starting with, "I believe."
 4          A      Yes.
 5          Q      It reads, "I believe my family
 6    and I would be subject to unwanted attention
 7    and censure by those in the community who are
 8    hostile to guns and gun owners."
 9                 Do you see that sentence?
10          A      Yes, I see that.
11          Q      Is that an accurate sentence?
12          A      Yes.
13          Q      And when you say --
14                 MR. C. COOPER:  Just for purposes
15          of clarification, that's not actually a
16          sentence, as opposed to a fragment of a
17          sentence.
18                 MR. DAGUE:  Fair enough.
19          Q      And that is correct.  I will
20    represent that is the back half of the
21    sentence, the actual sentence being, "Should my
22    personal identifying information be disclosed."
23                 Is that your belief as contained
24    in this declaration?
25          A      Yes, that's my personal belief.
```

```
                                            Page 80
 1              CONFIDENTIAL INFORMATION
 2         Q      Now, when you say you believe
 3    your family would be subjected to unwanted
 4    attention, what do you mean by that?
 5         A      Again, being ostracized in the
 6    fact that if it was publicly disclosed and
 7    people wanted to go on a website and take a
 8    look at stuff and do a little of their own
 9    investigating.
10              My wife is a member of the
11    ██████████ Garden Club.  If you don't have
12    your lawn looking great, you are kind of
13    ostracized a little bit from that club.
14              So they are not gun loving
15    people either.  They don't even want oil
16    shipments going through to bring the oil way
17    upstate for the people that need it, so.
18         Q      If you did own a hand gun and
19    someone asked you if you owned a hand gun, what
20    would you tell them?
21         A      Well, I would be truthful in the
22    matter, but I would also tell them that it was
23    obviously, if they were worried about their
24    children or something like that, that it is
25    secured and not accessible to young children.
```

```
                                        Page 81
 1              CONFIDENTIAL INFORMATION
 2                   I am a responsible kind of
 3      person in that respect.
 4          Q        In that same sentence where you
 5      say you believe your family would be subjected
 6      to unwanted attention, you also say they will
 7      be subjected potentially to censure.
 8                   Do you see the use of that word,
 9      censure?
10          A        Yes.
11          Q        Can you tell me what you mean by
12      censure in that context?
13          A        Again, it's a personal feeling
14      of people that are not that fond of guns, any
15      gun, pistol, long arm, you name it.
16                   They just -- you might be on the
17      outside with their little group, so you might
18      not be a member of that Garden Club or some
19      community event and stuff based upon you being
20      a gun owner.
21                   Again, it's the public
22      disclosure there of that information.
23          Q        So, is it fair to say the
24      concern is more based upon how you may be
25      treated in the community versus or as opposed
```

```
                                          Page 82
 1              CONFIDENTIAL INFORMATION
 2    to anyone taking action against you?
 3          A      I would clarify it more as a way
 4    you are treated.  I don't think anybody would
 5    take any certain action, other than, like I
 6    say, maybe ostracizing you from a different
 7    event or organization or in a circle of groups
 8    of people.
 9          Q      Okay, fair enough.
10              So, other than -- going back a
11    little bit, you said when you became interested
12    in obtaining a hand gun you took some steps to
13    investigate how to become licensed in New York.
14    Is that fair?
15          A      Yes.
16          Q      And that included going on the
17    internet and looking at the forms, is that
18    fair?
19          A      That's correct.
20          Q      Did you go, at any point did you
21    go to the County Clerk's office to fill out
22    forms?
23          A      No.
24          Q      Did you go to the County Clerk's
25    office to discuss the forms?
```

```
                                        Page 122
 1              CONFIDENTIAL INFORMATION
 2         Q       And is there any reason that you
 3    believe that public disclosure of your name
 4    would put your life or safety or that of your
 5    spouse in danger?
 6         A       No.
 7         Q       So you don't believe you qualify
 8    for the exception under number 2, is that fair?
 9         A       That's correct, yes.
10         Q       Number 3 reads, "I am a spouse,
11    domestic partner or household member of a
12    person identified in A, B, C or D of question
13    1."
14               Do you see that?
15         A       I do.
16         Q       Do you believe that you qualify
17    as a spouse of someone of a person identified
18    in A, B, C or D above?
19         A       No, I don't qualify.
20         Q       So you don't believe your
21    current wife is not a retired police officer?
22         A       No.
23         Q       She's not a retired peace
24    officer?
25         A       Correct.
```

Page 123

CONFIDENTIAL INFORMATION

1

2      Q      And none of those apply to your
3   current wife?

4      A      Correct.

5      Q      And number 4, "I have reason to
6   believe that I may be subject to unwarranted
7   harassment upon disclosure."

8             Do you see that?

9      A      I do.

10      Q      And do you have reason to
11   believe that you would be subjected to
12   unwarranted harassment if your name was
13   disclosed pursuant to the public disclosure
14   law?

15      A      Not unwarranted harassment, no.

16      Q      So when you said in the
17   declaration, Defendant's Exhibit 2, that you
18   have a concern with respect to public attention
19   and censure, do you believe that's different
20   than unwarranted harassment contemplated in
21   paragraph 4?

22      A      Yes.

23      Q      What do you think is meant by
24   unwarranted harassment in paragraph 4, in your
25   own words?

Page 124

1          CONFIDENTIAL INFORMATION
2          A     Well, I don't feel like -- first
3    of all, harassment is a crime.  There are
4    different degrees of it in the New York State
5    Penal Law, but I don't feel anybody is going to
6    come and follow me around in public and hold up
7    signs and harass me just because my name is
8    publicly disclosed as a gun owner.
9          Q     So again, the major difference
10   between the attention or censure you noted in
11   the declaration is that you believe that would
12   be more with respect to your standing in the
13   community?
14         A     Yes.  That of myself and my
15   family, my children, yes.
16         Q     I am going to show you what will
17   be marked as Defendant's Exhibit 8.
18               (The above described document was
19         marked Defendant's Exhibit 8 for
20         identification as of this date.)
21         Q     I will represent to you that I
22   will be brief with this exhibit, I only have
23   one or two questions, but please feel fee to
24   take your time and get comfortable with the
25   document.

1                    CONFIDENTIAL INFORMATION

2          any questions.

3                    (Time noted 12:21 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 142

1                    CONFIDENTIAL INFORMATION
2
                        I, the undersigned, a Certified
3        Shorthand Reporter of the State of New
         York, do hereby certify:
4                    That the foregoing proceedings were
         taken before me at the time and place
5        herein set forth; that any witnesses in
         the foregoing proceedings, prior to
6        testifying, were duly sworn; that a record
         of the proceedings was made by me using
7        machine shorthand which was thereafter
         transcribed under my direction;
8                    That the foregoing transcript is a
         true record of the testimony given.
9                    Further, that if the foregoing
         pertains to the original transcript of a
10       deposition in a federal case before
         completion of the proceedings, review of
11       the transcript [x ] was [ ] was not
         requested.
12
                        I further certify I am neither
13       financially interested in the action nor a
         relative or employee of any attorney or
14       party to this action.
                        IN WITNESS WHEREOF, I have this
15       date subscribed my name.
16
17
18
19
20
         Stephen J. Moore
21       RPR, CRR
22
23
24
25