UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE NO. 1; JOHN DOE NO. 2; and
NEW YORK STATE RIFLE AND PISTOL
ASSOCIATION, INC.,

                          Plaintiffs,

        -against-

PUTNAM COUNTY; and MICHAEL C.
BARTOLOTTI, in his official capacity as
Country Clerk for Putnam County,

                          Defendants,

STATE OF NEW YORK ATTORNEY
GENERAL,

                          Intervenor.

**NOTICE OF MOTION**

16-CV-8191

KMK/LMS

---

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law; the Declarations of April Zeoli, Robert Sege, Marci Hamilton, and C. Harris Dague, with all exhibits thereto, all prior filings with the Court; and upon all prior proceedings, Intervenor New York State Attorney General, on May 1, 2020, <u>on submission of the papers only</u>, will make a motion to Preclude the Expert Report and Opinions of William English, Ph.D. as not admissible pursuant to the Federal Rules of Evidence and specifically FRE 702 and 703 at the Daniel Patrick Moynihan Courthouse, United States District Court, Southern District of New York, White Plains, New York.

Dated: Albany, New York
      March 16, 2020

                              LETITIA JAMES
                              Attorney General of the State of New York
                              Attorneys for Intervenor
                              The Capitol
                              Albany, New York  12224-0341
                              By: **Monica Connell**
                              Monica Connell
                              C. Harris Dague
                              Telephone: (212) 416-8965 (Connell)
                              Telephone: (518) 776-2621 (Dague)

To:    Plaintiff's counsel (via CM/ECF)
          Defendants' counsel (via CM/ECF)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that the foregoing was served upon all counsel of record using the CM/ECF system.

          LETITIA JAMES
          Attorney General of the State of New York
          Attorneys for Intervenor
          The Capitol
          Albany, New York  12224-0341
          By: **C. Harris Dague**
          C. Harris Dague
          Telephone: (518) 776-2621

*Admitted Pro Hac Vice*