UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE NO. 1, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 7:16-cv-8191-PMH-LMS |
| | ) |
| PUTNAM COUNTY, *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| STATE OF NEW YORK ATTORNEY GENERAL, | ) |
| | ) |
| Intervenor. | ) |

# DECLARATION OF WILLIAM E. ENGLISH

**WILLIAM E. ENGLISH, Ph.D.,** on the date noted below and pursuant to Section 1746 of Title 28 of the United States Code, declares the following to be true and correct under penalty of perjury under the laws of the United States of America:

1. I was retained as an expert witness by Plaintiff, John Doe No. 2. I am not a party to this action.

2. I submit this Declaration in support of Plaintiffs motion for summary judgment, and in opposition to Intervenor's motion for summary judgment. The matters contained in this Declaration are true to my knowledge.

1

3.	Annexed hereto as Exhibit A is a true and accurate copy of my curriculum vitae (CV). As to the matters contained in my CV, I declare them to be true and accurate to the best of my knowledge and belief.

4.	Annexed to Plaintiffs' Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 as Ex. 10, Doc. 100-10, is my expert report issued in this matter on or about July 23, 2019. As to the matters contained in my expert report, I declare them to be true and accurate to the best of my knowledge and belief.

Dated: April 27, 2020

_____
WILLIAM E. ENGLISH

# EXHIBIT A

# William E. English, Ph.D.

| | | |
|---|---|---|
| CONTACT INFORMATION | Georgetown University<br>McDonough School of Business, Hariri 307<br>Strategy, Economics, Ethics, & Public Policy<br>37th and O Streets, NW<br>Washington, DC 20057 | *Mobile:* 301-580-5317<br>*E-mail:* we99@georgetown.edu<br>*WWW:* william-english.com |

RESEARCH INTERESTS

**Institutional Corruption, Ethics, Political Economy, Behavioral Economics**
American Political Development, History of Political Thought, Theories of Justice, New Institutionalism, Behavioral Genomics, Lobbying and Regulation, Incentive Design, Research Methods, Civic Education, Religion and Politics, Public Policy.

ACADEMIC APPOINTMENTS

**Assistant Professor**, Economics, Ethics, and Public Policy           Aug 2016 - Present
  **McDonough School of Business**,
    Georgetown University, Washington, DC

**Research Associate**,                                                 July 2015 - June 2016
**Research Director**,                                                  Jan 2014 - June 2015
**Lab Fellow**,                                                         Sept 2011 - August 2013
  **Edmond J. Safra Center for Ethics**,
    Harvard University, Cambridge, MA

**Research Fellow**,                                                    Sept 2013 - June 2015
  **Harvard Initiative for Learning and Teaching**,
    Harvard University, Cambridge, MA

**Post-Doctoral Research Associate**                                    Aug 2010 - Aug 2011
  **Political Theory Project**,
    Brown University, Providence, RI

EDUCATION

**Duke University,** Durham, NC

  Ph.D., Political Science                                              September 2010

  - Dissertation: *Social Thought and Social Change: Methodological Dilemmas at the Intersection of Science and Ethics*
  - Committee: Mike Munger, Michael Gillespie, Tom Spragens, Evan Charney, Stanley Hauerwas

  M.A., Political Science                                               December 2006

  - Field Concentrations: *Political Theory, Methods, Political Economy*

**Oxford University (Worcester College)** Oxford, UK

  M.St., Ethics                                                         October 2004

**Duke University,** Durham, NC

  B.S. with Distinction, Economics                                      May 2003

  B.A., Mathematics

| | |
|---|---|
| REFEREED JOURNAL ARTICLES | [1] "The origin of wealth matters: Equity norms trump equality norms in the ultimatum game with earned endowments" *Journal of Economic Behavior & Organization.* Volume 158, February 2019, Pages 33-43. (with Benjamin Barber) |
| | [2] "The Logic of Gift: Inspiring Behavior in Organizations Beyond the Limits of Duty and Exchange" *Business Ethics Quarterly.* April 2016: Vol 26 (2), 159180. (with Tomas Baviera and Manuel Guillen) |
| | [3] "Genopolitics and the Science of Genetics" *American Political Science Review.* April 2013: Vol 107 (2), 382-395. (with Evan Charney) |
| | [4] "Candidate Genes and Political Behavior" *American Political Science Review.* February 2012: Vol 106(1), 1-34. (with Evan Charney) |
| | [5] "Demystifying Trust: Experimental Evidence from Thailand and Cambodia." *Journal of Theoretical Politics.*, April 2012 vol. 24 no. 2 172-209. |
| SCHOLARLY PUBLICATIONS | [6] "Varieties of Citizenship and the Moral Foundations of Politics" in *The Ethics of Citizenship in the 21st Century*, David Thunder (Eds): Springer International Publishing, 2017 DOI:10.1007/978-3-319-50415-5 |
| | [7] "Paying People to Make Healthy Choices" *eLS*, John Wiley & Sons Ltd, February, 2017: http://www.els.net |
| | [8] "Two Cheers for Nudging" *Georgetown Journal of Law and Public Policy*, Vol. 14, 2016: 829. |
| | [9] "Economic and Ideological Corruptions of the Regulatory State" *Society*, May/June, 2014: Volume 51, Issue 3. |
| | [10] "Institutional Corruption and the Crisis of Liberal Democracy" Edmond J. Safra Working Papers, No. 15. June, 2013 (42 pages). |
| | [11] "Locke, Hegel, and the Economy" *Society*, October, 2013: Volume 50, Issue 6. |
| | [12] "The Demographic Challenge to Entitlements: A Comment, Criticism, and Caveat" in *Science, Virtue, and the Future of Humanity*, Peter Augustine Lawler and Marc D. Guerra (Eds), Lexington Books: 2015. |
| | [13] "Corruption in Bioethics'' *Compendium of Global Bioethics.* Edited by ten-Have and Gordijn. Springer, 2013.(20 pages) (with Jennifer Miller). |
| | [14] "Unlocking the Secrets of Human Biology: Implications for Diplomacy, Security, and War" in Rose McDermott and Peter K. Hatemi, eds. H-Diplo ISSF Roundtable on "Biology and Security", *H-Diplo ISSF Roundtable Reviews* Volume I, Number 2 (April 2010) (p. 6-34). |
| | [15] "The Compartmentalization of Moral Inspiration," *Proceedings of the 36th St. Gallen Symposium*, Switzerland: St. Gallen Press, 2006. (p. 103-107). |
| BOOK REVIEWS AND ESSAYS | [16] "Why Genes Don't Predict Voting Behavior: when it comes to complex behaviors, gene variants don't count for much" *Scientific American.* Nov 2012 (with Evan Charney). |
| | [17] "The Ethics of Competition" in the Harvard Ethics Center *Research in Action* Blog. http://ethics.harvard.edu/blog/william-english-ethics-competition August, 2012. |
| | [18] "Can Neuroscience Tell Us Anything About Virtue?" review of *The Social Animal: The Hidden Sources of Love, Character, and Achievement* by David Books in *Public Discourse*, Sept 23, 2011. |

[19] "Still Awaiting Redemption" review of *Redeeming Economics: Rediscovering the Missing Element* by John D. Mueller in *The Intercollegiate Review*, Spring 2011 (p.57-60).

[20] "Illiberal Arguments" review of James Kalb's *The Tyranny of Liberalism* (part of a larger symposium) in *First Principles* May 13, 2009.

[21] "What has Athens to do with Jerusalem? Political Philosophy and the Christian Church"  *Religio* Volume 2 Issue 1, Spring 2008 (p.10-13) (campus journal)

JOURNAL ARTICLES UNDER REVIEW

[22] "Understanding the Inconsistency of Risk Preference: experimental evidence and broader implications."

[23] "What Can Ideal Theory Do for Politics?"

WORKING PAPERS

[24] "Cheating When It Harms Others: Ethics, incentives, and effective interventions."

[25] "When are Lobbying and Bribery Complements versus Substitutes? Reconciling two literatures through a unique compilation of world enterprise survey data."

[26] "Mentoring in Corporate Law Firms: cross firm survey evidence for the superiority of informal mentoring over formal mentoring programs."

[27] "Campaign Finance Trumps Ideology: experimental evidence for the salience of fundraising."

[28] "Understanding Trust Perceptions of Different Professions Through a Survey Experiment: Rationales, Correlates, and Remedies."

BOOK PROJECTS

[29] *Pure Inquiry or Pragmatic Insights: how the social sciences can overcome their intellectual origins.*

[30] *Ethical Persuasion and Social Change: understanding and overcoming the limits of analytic methods*

[31] *Varieties of Corruption and the Architecture of Public Trust: strategies for reforming institutions in crisis*

GRANTS AND HONORS

Kenan Dissertation Fellowship in Ethics, Kenan Institute, Duke University   *2009-10*
  − Comprehensive graduate fellowship

Duke Graduate School Dissertation Fellowship Travel Research Award   *2009*
  − $2,500 for field research in Cambodia and Thailand

National Science Foundation, Doctoral Dissertation Improvement Grant   *2008*
  − $8,500 NSF award to run experiments in support of dissertation research

Summer Fellow, Duke Center for Genomics, Ethics, Law, and Policy   *2007*
  − $6,000 summer research award

Wings of Excellence Award, St. Gallen Symposium   *2006*
  − 5,000 Euro essay award for essay on Inspiring Europe

TEACHING EXPERIENCE

**Georgetown University**, Washington, DC

"Social Responsibilities of Business"   *Ongoing*
  − Lecture Course, Senior Core Curriculum

"Ethical Values of Business: Politics, Regulation, and Corporate Governance"   *Ongoing*
  − Lecture Course, Sophomore Core Curriculum

**Harvard University**, Cambridge, MA

"Institutional Corruption" *Spring 2014*
– Lecture Course, Designed and Co-Taught with Larry Lessig

"The Philosophy and Methods of the Social Sciences" *Spring 2013*
– Lecture Course, Designed and Co-Taught with Eric Beerbohm

**Brown University**, Providence, RI

"Poverty and Prosperity: The History, Ethics,
and Economics of the Wealth of Nations" *Spring 2011*
– Lecture Course, Designed and Co-Taught with an Economic Historian

"Freedom" *Fall 2010*
– Seminar Course, Designed and Taught

**Duke University**, Durham, NC

"Ethics and Policy Making" *Fall 2008*
– Lecture Course, TAed for Evan Charney

"Liberty, Equality, and the American Constitution" *Spring 2008*
– Lecture Course, TAed for Erwin Chemerinsky

"History of Conservative Thought" *Fall 2007*
– Seminar Course, Designed and Taught

"Introduction to Political Theory" *Fall 2006*
– Lecture Course, TAed for Tom Spragens

ADDITIONAL TEACHING INTERESTS

Political Economy; Biology, Rationality, and Ethics; Analytical Politics; Theories of Justice; American Political Development; New Institutionalism; Behavioral Economics; The Global Economy; Lobbying & Regulation; Persuasion; Leadership in Context; Ancient Political Thought; Modern Political Theory; Statistical Methods; Game Theory.

CONFERENCE PRESENTATIONS AND INVITED TALKS

"The Moral Problems of Modern Medicine: Understanding and addressing failures in healthcare" Mercy College of Health Sciences (Des Moines, IA), 2018

"Untangling the conditional logic of behavioral findings" Philosophy, Politics, and Economics Behavioral Ethics Lab at the University of Pennsylvania (Philadelphia, PA), 2018

"The Failures of Behavioral Genomics," Vienna Institute Summer University (Vienna, AT), 2017

"Experiential Learning," Georgetown Institute for the Study of Markets and Ethics (Washington, DC), 2017

"Institutional Corruption, the Challenge of Accountability, and Strategies for Reform," Philosophy, Politics, and Economics Society (New Orleans, LA), 2017

"Lobbying and Bribery: Complements or Substitutes?" Southern Economic Association (Washington, DC), 2016

"An Introduction to Religion and the Social Sciences" Summer Seminar, Institute for Quantitative Social Science, Harvard University (Cambridge, MA), 2016

"Institutional Corruption, The Challenge of Accountability, and Strategies for Reform" American Philosophical Association, Pacific Division (San Francisco, CA), 2016

"Building Trust in Organizations through Meaningful Work" Fourth Annual IECO-RCC International Colloquium, Harvard University (Cambridge, MA), 2016

"What can ideal theory do for politics?" Southern Economic Association (San Juan, PR), 2016

"Two Cheers for Nudging" The Ethics of Nudging: Evaluating Libertarian Paternalism, Georgetown Institute for the Study of Markets and Ethics (Washington, DC), Nov 2015

"Institutional Corruption and Strategies of Reform" Duke State Administration of Foreign Experts Affairs (SAFEA) Program (Chinese Delegation), Duke Center for International Development (Durham, NC), 2015

"Corruption: The Unaddressed Elephant on the Global Stage" Herbert C Kelman Seminar Series on International Conflict Analysis and Resolution, Harvard University (Cambridge, MA), 2015

"The Promise and Perils of American Democracy" Ending Institutional Corruption Conference, Harvard University (Cambridge, MA), 2015

"Developing Trust and Ethically Healthy Organizations through Humanistic Management" Third Annual IECO-RCC International Colloquium, Harvard University (Cambridge, MA), 2015

"The Challenge of Institutional Corruption" New Horizons in the Study of Corruption Conference (Mexico City, Mexico), 2014

"Institutional Corruption and Strategies of Reform" Duke State Administration of Foreign Experts Affairs (SAFEA) Program (Chinese Delegation), Duke Center for International Development (Durham, NC), 2014

"Teaching ethical reasoning" HILT Annual Conference 2014: Engagement and Distance (Cambridge, MA), 2014

"The Future of Business Ethics" The Institute for Ethics in Communication and Organizations, University of Valencia (Valencia, Spain). 2014

"Varieties of Citizenship & the Moral Foundations of Politics" The Ethics of Citizenship in the 21st Century Conference, University of Navarra (Pamplona, Spain). 2014

"The role of moral motivation in building trust" Second Annual IECO-RCC International Colloquium, Harvard University (Cambridge, MA), 2014

"When are Lobbying and Bribery Complements versus Substitutes? Reconciling two literatures through a unique compilation of world enterprise survey data." Midwest Political Science Association (Chicago, IL), 2014

"Institutional Corruption and the Crisis of Liberal Democracy" Kellogg Institute for International Studies, Notre Dame University (South Bend, IN), 2014

"Institutional Corruption and Strategies of Reform" Duke State Administration of Foreign Experts Affairs (SAFEA) Program (Kazakhstan Delegation), Duke Center for International Development (Durham, NC), 2014

"Institutional Corruption and the Crisis of Liberal Democracy" Southern Political Science Association (New Orleans, LA), 2014

"'Economic and Ideological Corruptions of the Regulatory State" Manhattan Institute Symposium (NY, NY), 2013

"Institutional Corruption and Strategies of Reform" Duke State Administration of Foreign Experts Affairs (SAFEA) Program (Chinese Delegation), Duke Center for International Development (Durham, NC), 2013

"Institutional Corruption and the Crisis of Liberal Democracy" University of New Orleans (New Orleans, LA), 2013

"The Logic of Giving in Organizational Environments" European Business Ethics Network Conference (Pamplona, Spain), 2013

"The Politics of Politics: Standards and Perceptions of Legitimate Advocacy" Law and Society Association (Boston, MA), 2013

"Putting Biological-Behavioral Findings in Perspective: conceptual issues and empirical examples" Midwest Political Science Association (Chicago, IL), 2013

"The role of ethics, values and dignity in building trust" IECO-RCC International Colloquium, Harvard University (Cambridge, MA), 2013

"The Architecture of Trust in Public and Private Institutions" Southern Political Science Association (Orlando, FL), 2013

"Overabundance and Serendipity in Gene Association Studies" American Political Science Association (New Orleans, LA), 2012 [accepted]

"Varieties of Corruption and the Architecture of Public Trust" American Political Science Association (New Orleans, LA), 2012 [accepted]

"Candidate Genes and Political Behavior" Integrating Genetics and the Social Sciences (Boulder, CO), 2012

"Divide Our Dollar, Not Divide The Dollar" Public Choice (Miami, FL), 2012

"Rent Seeking and Institutional Corruption" Harvard Law School, Lab Seminar on Institutional Corruption (Cambridge, MA), 2012

"Gene Association Studies in the Social Sciences" Columbia University (NY, NY), 2012

"Why Defining Corruption is Harder Than You Think" Southern Political Science Association (New Orleans, LA), 2012

"The Political Economy of Government Expansion: Why Civil Society Must Supply What Government Can't" The Economic Challenge (Princeton, NJ), 20011

"Stable Risk Preferences Don't Exist: experimental evidence and implications" American Political Science Association (Seattle, WA), 2011

"What can 'ideal theory' do for politics?" Brown Political Philosophy Working Group (Providence, RI) 2011

"Demystifying Trust: experimental evidence from Thailand and Cambodia" Duke Political Economy Work Group (Durham, NC) 2010

"Two Genes Do Not Predict Voter Turnout" American Political Science Association (Washington, DC), 2010

"Demystifying Trust: experimental evidence from Thailand and Cambodia" (poster) American Political Science Association (Toronto, CN) 2009

"Charles Taylor's 'two cheers' for modernity" Notre Dame Center for Ethics and Culture Conference (South Bend, IN) 2009

"Ethics and Economics: new thoughts on an old debate" Public Choice (Las Vegas, NV), 2008

| | | |
|---|---|---|
| PROFESSIONAL MEMBERSHIPS | • American Political Science Association<br>• Midwest Political Science Association<br>• Southern Political Science Association<br>• Association for Political Theory | • Public Choice Society<br>• Southern Economic Association<br>• Society for Business Ethics<br>• Academy of Management |

MEDIA COVERAGE   - *Wall Street Journal*   - *Washington Post*   - *New York Times*
                 - *National Geographic*   - *Science Daily*   - *VOX.com*

EXTRACURRICULAR ACADEMIC ACTIVITIES
- Founder and Board Member of The Abigail Adams Institute, a 501(c)3 educational initiative in Cambridge, MA.
- Fellow of the Program on Integrative Knowledge, Institute for Quantative Social Science, Harvard University, 2016-Present.
- Organizer of Harvard's Kirkland House's "Conversations" Dinner Program
  - 2015-2016
  - 2014-2015
  - 2013-2014
  - 2012-2013
- Summer Institute Fellow, "The Commercial Republic" Huntington Library and Jack Miller Center, Pasadena, CA (2014)
- VISU Vienna Summer University- Scientific World Conceptions Summer Seminar, Vienna University, Austria
  - Chance and Necessity (2005)
  - Philosophy and Economics (2006)
  - Consensus in Science (2007)
  - History and Philosophy of the Biomedical Sciences (2008)
  - The Culture of Science and Its Philosophy (2009)
  - Applied Science (2012)
- Central European University, Budapest- Summer Seminar (2008, 2010)
- Summer Institute of the Lehrman American Studies Center (2008)
- Coordinator of Provosts Common Fund Project on "Cognitive and Behavioral Genomics, Evolution and Race, and Behavior." (2007-08)
- Duke Neuroeconomics Journal Group (Huettel and Platt labs) (2006-08)
- Duke Institute for Genome Sciences and Policy- Science and Society Group (2006-08)
- Duke English Dept- Working Group on Sovereignty (2006-2010)
- Duke Economics Dept- History of Political Economy Working Group (2007-09)

SCHOLARLY RESOURCES
Reading knowledge of Latin and German
STATA and "R" Preferred for Statistical Analysis

REFERENCES

**Michael C. Munger** (e-mail: munger@duke.edu; phone: 919-660-4301)
   Professor Of Political Science, Economics, and Public Policy
   Director, Philosophy, Politics, and Economics Program
   Duke University, Box 90204, Durham, NC 27708

**Lawrence Lessig** (e-mail: lessig@pobox.com; phone: 617-495-1336)
   Roy L. Furman Professor of Law and Leadership, Harvard Law School
   Director, Emond J. Safra Center for Ethics, Harvard University
   124 Mount Auburn St, Suite 520N, Cambridge, MA 02138

**John Tomasi** (e-mail: john_tomasi@brown.edu; phone: 401-863-1577)

Professor of Political Science
Director, Political Theory Project
Brown University, Box 2005, Providence, RI 02912

**Evan Charney** (e-mail: echar@duke.edu; phone: 919-613-9213)
Associate Professor of the Practice of Public Policy and Political Science,
Duke University, Box 90239, Durham, NC 27708